

10 CV 367

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FOOTBRIDGE LIMITED TRUST AND OHP
OPPORTUNITY LIMITED TRUST,

        Plaintiffs,

-against-

COUNTRYWIDE FINANCIAL CORP.,
COUNTRYWIDE SECURITIES CORP.,
COUNTRYWIDE HOME LOANS, INC.,
CWABS, INC., STANFORD L. KURLAND,
ERIC P. SIERACKI, DAVID A. SPECTOR,
BANK OF AMERICA CORP. AND BAC
HOME LOANS SERVICING, LP,

        Defendants.

---

__ CIV ____ (__)

**RULE 7.1 STATEMENT**

RECEIVED JAN 15 2010 U.S.D.C. S.D.N.Y. CASHIERS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Footbridge Limited Trust and OHP Opportunity Limited Trust (both private non-Governmental parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

    Footbridge Limited Trust and OHP Opportunity Limited Trust have no publicly held corporate parents, affiliates and/or subsidiaries.

DATED:   New York, New York
         January 15, 2010

                              QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: _____
Daniel L. Brockett
David D. Burnett
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
Fax:  (212) 849-7100
danbrockett@quinnemanuel.com
daveburnett@quinnemanuel.com

Marshall M. Searcy III (admitted pro hac vice)
Scott R. Commerson (admitted pro hac vice)
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Fax:  (213) 443-3100
marshallsearcy@quinnemanuel.com
scottcommerson@quinnemanuel.com

*Attorneys for Plaintiffs Footbridge Limited Trust and OHP Opportunity Limited Trust*