UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOTBRIDGE LIMITED TRUST AND OHP OPPORTUNITY LIMITED TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE SECURITIES CORP., COUNTRYWIDE HOME LOANS, INC., CWABS, INC., STANFORD L. KURLAND, ERIC P. SIERACKI, DAVID A. SPECTOR, BANK OF AMERICA CORP. AND BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No. 10 Civ. 367 (PKC)<br><br>MOTION TO ADMIT COUNSEL PRO HAC VICE |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Daniel F. Mitry, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Boyd Cloern |
| Firm Name: | Bingham McCutchen LLP |
| Address: | 2020 K St. NW |
| City/State/Zip: | Washington, DC 20006 |
| Phone Number: | (202) 373-6265 |
| Fax Number: | (202) 373-6001 |

Mr. Cloern is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Mr. Cloern in any state or federal court.

THEREFORE, it is respectfully requested that the motion to admit Boyd Cloern pro hac vice to represent Defendant David A. Spector in the above-captioned matter be granted.

A/73306543.3

Dated: March 4, 2010
    New York, New York

        **BINGHAM McCUTCHEN LLP**

By: _____
        Daniel F. Mitry
        399 Park Avenue
        New York, New York 10022
        Tel.: (212) 705-7818
        Fax: (212) 702-3670
        daniel.mitry@bingham.com

*Counsel for Defendant David A. Spector*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOTBRIDGE LIMITED TRUST AND OHP OPPORTUNITY LIMITED TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE SECURITIES CORP., COUNTRYWIDE HOME LOANS, INC., CWABS, INC., STANFORD L. KURLAND, ERIC P. SIERACKI, DAVID A. SPECTOR, BANK OF AMERICA CORP. AND BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No. 10 Civ. 367 (PKC)<br><br><br>**AFFIDAVIT OF DANIEL F. MITRY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

DANIEL F. MITRY, being duly sworn, hereby deposes and says as follows:

1. I am an associate at the law firm Bingham McCutchen LLP, counsel for Defendant David A. Spector ("Mr. Spector") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based upon my personal knowledge of the facts set forth herein and in support of Mr. Spector's motion to admit Boyd Cloern as counsel pro hac vice to represent Mr. Spector in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law on April 24, 2006. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. Mr. Cloern is a member of Bingham McCutchen LLP in Washington, D.C.

4. I have found Mr. Cloern to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Procedure, Federal Rules of Evidence and all relevant ethical rules.

5. Accordingly, I am pleased to move for the admission of Mr. Cloern, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Mr. Cloern, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Boyd Cloern, pro hac vice, to represent Mr. Spector in the above captioned matter be granted.

Daniel F. Mitry
Bingham McCutchen, LLP
399 Park Avenue
New York, New York 10022
Tel.: (212) 705-7818
Fax: (212) 702-3670
daniel.mitry@bingham.com

Sworn to before me this 24th day of March, 2010.

NOTARY PUBLIC

MARKELA A. SANTIAGO
NOTARY PUBLIC, State of New York
No. 01-SA6085746
Qualified in Queens County
Commission Expires Dec. 30, 20 10

- 2 -



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BOYD T. CLOERN

was on the 2ND day of APRIL, 2001 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 3, 2010.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOTBRIDGE LIMITED TRUST AND OHP OPPORTUNITY LIMITED TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE SECURITIES CORP., COUNTRYWIDE HOME LOANS, INC., CWABS, INC., STANFORD L. KURLAND, ERIC P. SIERACKI, DAVID A. SPECTOR, BANK OF AMERICA CORP. AND BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No. 10 Civ. 367 (PKC)<br><br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Daniel F. Mitry, attorney for Defendant David A. Spector, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

Boyd Cloern
Bingham McCutchen LLP
2020 K St., NW, Washington, DC 20006
Tel:  (202)-373-6265
Fax:  (202)-373-6001
boyd.cloern@bingham.com

is admitted to practice pro hac vice as counsel for Defendant David A. Spector in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:
    New York, New York      By: _____
                                                               United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOTBRIDGE LIMITED TRUST AND OHP OPPORTUNITY LIMITED TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE SECURITIES CORP., COUNTRYWIDE HOME LOANS, INC., CWABS, INC., STANFORD L. KURLAND, ERIC P. SIERACKI, DAVID A. SPECTOR, BANK OF AMERICA CORP. AND BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No. 10 Civ. 367 (PKC) |

## CERTIFICATE OF SERVICE

David Marcus, an attorney admitted to practice law before this Court, hereby certifies under penalty of perjury, that on March 4, 2010, I caused copies of the following documents to be served by first class mail on the attorneys listed below:

    Motion to Admit Counsel Pro Hac Vice (re: Boyd Cloern)

    Affidavit of Daniel F. Mitry in Support of Motion to Admit Counsel Pro Hac Vice (re: Boyd Cloern)

    [Proposed] Order for Admission Pro Hac Vice on Written Motion (re: Boyd Cloern)

Daniel Lawrence Brackett
David Dyer Burnett
Quinn Emanuel Urquhart Oliver & Hedges LLP (NY)
51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
Fax: (212) 849-7100
danbrockett@quinnemanuel.com
daveburnett@quitmemanuel.com

Scott Robert Commerson
Marshall M. Searcy, III
Quinn Emanuel Urquhart Oliver & Hedges LLP (LA)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
Fax: (213) 443-3100
scottcommerson@ quinnmemanuel.com
marshallsearcy@quinnmemanuel.com

Christopher G. Caldwell
Eric S. Pettit
Caldwell, Leslie & Proctor PC
1000 Wilshire Blvd, Suite 600
Los Angeles , CA 90017
(213)-629-9040
Fax: (213)-629-9022
caldwell@caldwell-leslie.com

Theresa Marie Trzaskoma
Brune & Richard LLP
80 Broad Street, 30th Floor
New York , NY 10004
(212) 668-1900
Fax: (212) 668-0315
Email: ttrzaskoma@bruneandrichard.com

Dated: New York, New York
March 4, 2010

David Marcus