Case 1:10-cv-00367-PKC    Document 13    Filed 02/23/2010    Page 5 of 9

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOOTBRIDGE LIMITED TRUST AND OHP OPPORTUNITY LIMITED TRUST,<br><br>Plaintiffs,<br><br>-against-<br><br>COUNTRYWIDE FINANCIAL CORP., COUNTRYWIDE SECURITIES CORP., COUNTRYWIDE HOME LOANS, INC., CWABS, INC., STANFORD L. KURLAND, ERIC P. SIERACKI, DAVID A. SPECTOR, BANK OF AMERICA CORP. AND BAC HOME LOANS SERVICING, LP,<br><br>Defendants. | Case No. 10 Civ. 367 (PKC)<br><br>[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION<br><br>USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3-8-10 |

Upon the motion of Theresa Trzaskoma, attorney for Defendant Stanford L. Kurland, and her declaration in support, IT IS HEREBY ORDERED that:

David C. Codell, Caldwell Leslie & Proctor, P.C., 1000 Wilshire Boulevard, Suite 600, Los Angeles, CA 90017, is admitted to practice pro hac vice as counsel for Defendant Stanford L. Kurland in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: February __, 2010
New York, New York

By: _____
P. Kevin Castel
United States District Judge

3-8-10