UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2010
```

FOOTBRIDGE LIMITED TRUST &OHP
OPPORTUNITY LIMITED TRUST

      Plaintiffs,

  -against-            10 Civ 367 (PKC)

COUNTRYWIDE FINANCIAL CORP.,
COUNTRYWIDE SECURITIES CORP.,
COUNTRYWIDE HOME LOANS, INC.,    ORDER,
CWABS, INC. STANDFORD L. KURLAND,
ERIC P. SIERACKI, DAVID A. SPECTOR,
BANK OF AMERICA CORP. AND BAC
HOME LOANS SERVICING, LP,

      Defendants.

P. KEVIN CASTEL, U.S.D.J.

  The conference in the above-referenced case scheduled for September 3, 2010 is adjourned to October 18, 2010 at 3:00 p.m.

  SO ORDERED.

                   _____
                   P. Kevin Castel
                   United States District Judge

Dated: New York, New York
    August 25, 2010